Motion for leave to appeal dismissed upon the ground that it does not lie (*see* CPLR 5602 [a]).

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NONHUMAN RIGHTS PROJECT, INC., on Behalf of TOMMY, Appellant, v PATRICK C. LAVERY, Individually and as an Officer of Circle L Trailer Sales, Inc., et al., Respondents.

Submitted March 23, 2015; decided September 1, 2015

Motion by the Center for the Study of The Great Ideas, Inc. for leave to appear amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

Judge STEIN taking no part.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NONHUMAN RIGHTS PROJECT, INC., on Behalf of TOMMY, Appellant, v PATRICK C. LAVERY, Individually and as an Officer of Circle L Trailer Sales, Inc., et al., Respondents.

Submitted May 4, 2015; decided September 1, 2015

Motion by Justin F. Marceau for leave to appear amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

Judge STEIN taking no part.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NONHUMAN RIGHTS PROJECT, INC., on Behalf of TOMMY, Appellant, v PATRICK C. LAVERY, Individually and as an Officer of Circle L Trailer Sales, Inc., et al., Respondents.

Submitted June 1, 2015; decided September 1, 2015